AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

United States

v.

Hector Figuroa

APPEARANCE

CASE NUMBER: 1 08 MJ -51 M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Hector Figuroa

I certify that I am admitted to practice in this court.

3/27/08
*Date*

Thomas F C
*Signature*

Thomas F Connors 2108
*Print Name* *Bar Number*

454 Broadway
*Address*

Prov RI 02909
*City* *State* *Zip Code*

751-3900 751-8983
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.