AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

HECTOR FIGUROA

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING
## (Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 1:08-MJ51M.

I, HECTOR FIGUROA, charged in a (complaint) (petition) pending in this District with __________ in violation of Title __________, U.S.C., __________, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

[signature]
Defendant

4/2/08
Date

Thomas F Connors [signature]
Counsel for Defendant