CR 08-42-02ML DLM

PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: [ ] INFORMATION [X] INDICTMENT [ ] COMPLAINT

Matter Sealed: [ ] Juvenile [ ] Other than Juvenile

[ ] Pre-Indictment Plea [ ] Superseding [ ] Defendant Added

[ ] Indictment [ ] Charges/Counts Added

[ ] Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND

Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE

[X] U.S. Atty [ ] Other U.S. Agency

Phone No.

Name of Asst. U.S. Attorney (if assigned): SANDRA R. BECKNER

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

Drug Enforcement Administration

[ ] person is awaiting trial in another Federal or State Court (give name of court)

[ ] this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:

[ ] U.S. Atty [ ] Defense

SHOW DOCKET NO.

[ ] this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

[ ] prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: RHODE ISLAND County

CASE NO.

USA vs.

Defendant: Ricardo Quezada, a/k/a MONSTRO

Address:

REDACTED

[ ] Inte

Birth Date 6/

le)

Social S

Issue: [X] Warrant [ ] Summons

Location Status:

Arrest Date ________ or Date Transferred to Federal Custody ________

[ ] Currently in Federal Custody

[ ] Currently in State Custody

[ ] Writ Required

[ ] Currently on bond

[ ] Fugitive

Defense Counsel (if any): ________

[ ] FPD [ ] CJA [ ] RET'D

[ ] Appointed on Target Letter

[ ] This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 3

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | SEE ATTACHMENT. | | [X] Felony [ ] Misdemeanor |
| | | | [ ] Felony [ ] Misdemeanor |
| | | | [ ] Felony [ ] Misdemeanor |
| | | | [ ] Felony [ ] Misdemeanor |
| | | ESTIMATED TRIAL DAYS: 5 | [ ] Felony [ ] Misdemeanor |

ATTACHMENT TO DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

Defendant Ricardo Quezada, a/k/a MONSTRO

Count I: Conspiracy to distribute and possess with the intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)((B), all in violation of 21 USC 846

PENALTIES: 5 to 40 years imprisonment; $2,000,000 fine; at lest 4 years supervised release; $100 mandatory special assessment.

Count II: Distribution of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of 21 USC §§ 841(a)(1) and (b)(1)(C) and 18 USC § 2.

PENALTIES: 20 years imprisonment; $1,000,000 fine; supervised release up to life with a mandatory minimum germ of 3 years; $100 mandatory special assessment.

Count V: Distribution of 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of 21 USC §§ 841(a)(1) and (b)(1)(B) and 18 USC § 2.

PENALTIES: 5 to 40 years imprisonment; $2,000,000 fine; at lest 4 years supervised release; $100 mandatory special assessment.

Forfeiture Allegations as stated in the Indictment.