**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**V.**

| | |
|---|---|
| **HECTOR FIGUEROA, a/k/a, BORI,** | **:** |
| **RICARDO QUESADA, a/k/a, MONSTRO,** | **: CR: 08-0042ML** |
| **PEDRO RAMOS, ROSALIN CHAVEZ, and** | **:** |
| **ANGEL FIGUEROA, a/k/a PIYI** | **:** |

**DEFENDANT, RICARDO QUESADA'S MOTION TO ENLARGE TIME OR EXTEND THE DEADLINES OF THE PRE-TRIAL/ARRAINGMENT ORDER OF THE COURT FOR PRE-TRAIL MOTIONS, RESPONSES THERETO, PRE-TRIAL CONFERNCE AND TRIAL DATE**

Now comes the Defendant, Ricardo Quesada, pursuant to Rules 12(b) ( 1) and 47 of the Federal Rules of Criminal Procedures and requests that the Court extend the period of time for: a) the filing of pre-trial motions; b) all responses thereto; c) a pre-trial conference; and d) the trial date of this matter. The Defendant specifically requests an extension for a period of ninety (90) days. An Arraignment or Scheduling Order of the Court was issued on or about May 2, 2008, wherein: 1) all pre-trial motions are to be filed by June 10, 2008; 2) all replies thereto are to be filed by June 20, 2008; 3) a pre- trial conference had been set for June 11, 2008 and 4) a trial date had established for June 23, 2008 or anytime thereafter.

The defendant represents to the Court that there is "good cause" for the Defendant's request for an extension of time. In particular, the Defendant represents the following:

1. That an Indictment against all the defendants was returned on 4/23/08;

2. That on or about May 2, 2008 Defense counsel requested, in writing, discovery from The United States Attorneys' Office, pursuant to Rule 16 and 16.3 of the Federal Rules of Criminal Procedure;

3. That on or about May 9, 2008, Defendant's undersigned counsel retrieved from the United State's Attorney's Office a package of discovery materials;

4. That said discovery materials included: a) multiple alleged tape recorded conversations allegedly involving the defendant and/or his alleged co-conspirators; b) numerous Applications and Court Orders permitting wire interceptions pursuant to 18 U.S.C. 2518; and c) three (3) CD ROM recordings of said alleged wire intercepted calls;

5. That all of the alleged calls that were intercepted while the alleged targets were speaking in Spanish; and

6. That the CD ROM recordings are in Spanish;\

Based on the above, Defense counsel needs additional time to review the CD ROM recordings and the transcriptions performed by McNeil Technologies Inc. on behalf of the Government for purposes of determining their accuracy. Said request is particularly salient in this case as the thrust of the Government's case and alleged evidence against all defendants to this action is based on the wire interceptions and the transcriptions thereof. Hence, the accuracy of the transcriptions, as provided by the Government, is of utmost importance to the defense of this matter. The Defendant, through his counsel, will be required to retain and/or hire a translator to review the CD ROM recordings and the written transcriptions in detail, requiring additional time.

Wherefore, based on the above the Defendant, Ricardo Quesada, requests that the Arraignment Order/ Scheduling Order of this Court, and all other associated deadlines, be extended for a period of ninety (90) days.

Hearing Date: May 28, 2008

Ricardo Quesada
By his Attorneys,

/s/ *Steven J. De Luca*

Steven J. DeLuca, Esq. #4192
Sullivan Signore Whitehead & DeLuca LLP
86 Weybosset Street, Suite 400
Providence, RI 02903
Tel: (401) 861-9900
Fax: (401) 861-9977

/s/ *Alberto Aponte Cardona*

Alberto Aponte Cardona
597 Broad Street
Central Falls, RI 02863
Tel: 401-475-5436
Fax: 401-475-5439

**CERTIFICATION**

I hereby certify that on this 20th day of May 2008, a true copy of the foregoing was e-mailed via ECF to Sandra R. Beckner, AUSA, The Office of the United States Attorney 50 Kennedy Plaza, Providence, RI 02903, George West, 1 Turks Head Place Providence, RI, 02903, Joseph J. Voccola and Thomas F. Connors, 454 Broadway, Providence, RI 02909, and Edward C. Roy, United States Office of the Public Defender, 10 Weybosset Street, Providence, RI 02903.

/s/ *Steven J. De Luca*